UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHERRIE JEFFRESS,
                           Plaintiff,

              -against-

LEXINGTON PLASTIC SURGEONS, et al.,
                           Defendants.
------------------------------------------------------------X

22 Civ. 3269 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 17, 2022, Defendant Courtney Braccia filed a pre-motion letter in anticipation of a motion to dismiss, and Plaintiff filed a response on June 24, 2022.

    WHEREAS, on June 21, 2022, Defendant Lexington Plastic Surgeons filed a pre-motion letter in anticipation of a motion to dismiss, and Plaintiff filed a response on June 27, 2022. It is hereby

    **ORDERED** that the Defendants' motions to dismiss shall be briefed according to the following schedule:

- By **July 25, 2022**, Defendants shall file their respective motions, not to exceed twenty-five (25) pages.

- By **August 29, 2022**, Plaintiff shall file her opposition to both motions, not to exceed fifty (50) pages.

- By **September 19, 2022**, Defendants shall file their respective replies, not to exceed ten (10) pages.

The parties' motions and supporting papers shall comply with the Court's Individual Rules.  It is further

**ORDERED** that Defendants' requests to stay discovery pending the resolution of their motions to dismiss are DENIED.

Dated: June 28, 2022
      New York, New York

                                                    LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE