UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHERRIE JEFFRESS,
                         Plaintiff,

         -against-                            22 Civ. 3269 (LGS)

                                          ORDER
LEXINGTON PLASTIC SURGEONS, et al.,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Case Management Plan and Scheduling Order dated June 23, 2022 (Dkt. No. 20), the parties were directed to file a joint status letter on August 24, 2022.

      WHEREAS, the parties did not file any status letter. It is hereby

      **ORDERED** that by **August 26, 2022**, the parties shall file a status letter that complies with Individual Rule IV.A.2.

Dated: August 25, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE