UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :

CHERRIE JEFFRESS,                         :

                              Plaintiff,    :                       22 Civ. 3269 (LGS)
                                              :

              -against-                   :

                                              :                    ORDER

LEXINGTON PLASTIC SURGEONS, et al.,    :

                          Defendants.  :

                                            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference is scheduled for January 18, 2023, at 4:00 P.M.  It

is hereby

      **ORDERED** that, in light of the pending motions to dismiss, the pre-motion conference is

**adjourned** to **February 15, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749,

access code: 558-3333.  Any party wishing to file a summary judgment or other dispositive

motion shall file a pre-motion letter at least two weeks before the conference and in the form

provided in the Court's Individual Rule III.A.1.  If no pre-motion letter is timely filed, the

conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: January 3, 2023
       New York, New York

                                                  _____
                                              LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE